| | |
|---|---|
| BRADFORD C. LEWIS (CSB No. 131334)<br>DONALD W. SEARLES (CSB No. 135705)<br>JOHN E. JANHUNEN (CSB No. 229504)<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br>blewis@fenwick.com<br>dsearles@fenwick.com<br>jjanhunen@fenwick.com | **E-filed 9/19/05** |

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRUE NORTH TECHNOLOGY, INC.,<br><br>　　　　Defendant. | Case No. C 05-02041 JF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:　　The Honorable Jeremy Fogel<br>Courtroom:　Courtroom 3<br><br>[FED. RULE CIV. PROC. 41(a)(1)(i)] |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Sun Microsystems, Inc. hereby voluntarily dismisses the above-captioned action without prejudice.

DATED: September 16, 2005　　　　　　　　　　FENWICK & WEST LLP


　　　　　　　　　　　　　　　　　　　　By:　/s/ Bradford C. Lewis
　　　　　　　　　　　　　　　　　　　　　　　Bradford C. Lewis

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　SUN MICROSYSTEMS, INC.

9/19/05 IT IS SO ORDERED.　Judge Jeremy Fogel /s/electronic signature authorized
　　　　　　　　　　　　　　　　United States District Court

---

NOTICE OF VOLUNTARY DISMISSAL　　　　　　　　　　　　　　　　　　　　CASE NO. C05-02041-JF
WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 275 Battery Street, Suite 1600, San Francisco, California 94111. On the date set forth below, I served a copy of the following document(s):

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

> Douglas Nassaur
> President and CEO
> True North Technology, Inc.
> 11465 Johns Creek Parkway, Ste. 300
> Duluth, GA 30097
> **Fax: 678-624-0041**

[X] **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

[X] **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

[ ] **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: September 16, 2005            /s/ Evelyn P. Dela Cruz
                                    Evelyn P. Dela Cruz

CASE NO. C 05-02041 JF